IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMMY RAUL, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>CONDOR HOSPITALITY TRUST, INC., J. WILLIAM BLACKHAM, DANIEL R. ELSZTAIN, DONALD J. LANDRY, DAPHNE J. DUFRESNE, THOMAS CALAHAN, BRENDAN MACDONALD, BENJAMIN WALL, NOAH DAVIS, and MATIAS I. GAIVIRONSKY,<br><br>                Defendants. | Civil Action No. 1:19-cv-7968<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |

### NOTICE OF VOLUNTARY DISMISSAL

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned putative class action, *Raul v. Condor Hospitality Trust, Inc., et al.*, Case No. 1:19-cv-7968 brought before the United States District Court for the Southern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Raul hereby voluntarily dismisses the above captioned action, as to all defendants, Plaintiff's individual claims with prejudice, and dismisses the claims asserted on behalf of the putative class of the Company's shareholders without prejudice.

Dated: November 1, 2019                            Respectfully submitted,

                                                                       By: /s/ Joshua M. Lifshitz

Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ & MILLER LLP**
821 Franklin Avenue, Suite 209
Garden City, New York 11530
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*